GEORGE CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
United States Attorney's Office
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-Mail:     frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>$325,425.11 IN BANK ACCOUNT   )<br>FUNDS,                        )<br>                              )<br>          Defendant.          )<br>_____)<br>                              )<br>MICHELLE BRAUN and FARRELL    )<br>KELLENER,                     )<br>                              )<br>          Claimants.          )<br>_____)  | NO.  SACV 08-303-DOC (ANx)<br><br>[~~PROPOSED~~]<br><br>**CONSENT JUDGMENT REGARDING<br>CLAIM OF MICHELLE BRAUN**<br><br>[NOTICE OF LODGING LODGED<br>CONCURRENTLY HEREWITH] |

//

FDK:ka

On April 9, 2008, plaintiff United States of America ("plaintiff" or the "government") filed a First Amended Complaint for Forfeiture against the defendant properties as follows: $19,385.32 in bank account funds; $26,609.03 in bank account funds; $18,000.00 in bank account funds; $205,385.61 in bank account funds; and all funds in an ING Investment Account (said ING Investment Account remained open after seizure and had $56,045.15 in bank account funds on November 17, 2007) (collectively the "defendant funds"). The government alleged that the defendant funds were subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

Claimants Michelle Braun ("claimant Braun") and Farrell Kellener ("claimant Kellener") filed verified claims on May 14, 2008. No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The government and claimant Braun have agreed to settle this forfeiture action and to avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimant Braun,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3.   Notice of this action has been given as required by law. Claimant Braun and claimant Kellener filed the only statement of

interests or claims. Claimant Braun is relieved of her duty to file an answer in this action. The Court deems that all other potential claimants who have not filed a claim admit the allegations of the Complaint for Forfeiture to be true.

    4. Claimant Braun agrees to forfeiture as set out below. A judgment of forfeiture is hereby entered in favor of the United States, which shall dispose of the following defendant funds in accordance with the law:

    (A) The defendant funds plus all accrued interest are hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

    5. Claimant Braun will execute further documents, to the extent necessary, to convey clear title to the defendant funds and to further implement the terms of this Consent Judgment.

    6. Claimant Braun waives the redacting and sealing requirements of L.R. 79-5.4.

    7. Claimant Braun hereby release the United States of America, its agencies, officers, and employees, including employees of the Federal Bureau of Investigation, and local law enforcement agencies, their agents, officers, and employees, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs, or interest on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    8. The Court finds that there was reasonable cause for the institution of these proceedings against the defendant real properties. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

10. The Court further finds that claimant Braun did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: January 4, 2010

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

//
//
//
//
//
//

## CONSENT

The government and claimant Braun consent to judgment and waive any right to appeal.

DATED: December 14, 2009

GEORGE CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: December 14, 2009

_____
MARC S. NURIK
Attorney for Claimant Michelle Braun

-5-

FDK:ka