GEORGE CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
United States Attorney's Office
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-Mail:     frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

                 UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

                      SOUTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  SACV 08-303-CJC (ANx) |
| | ) | |
| Plaintiff, | ) | **[~~PROPOSED~~]** |
| | ) | |
| v. | ) | **CONSENT JUDGMENT REGARDING** |
| | ) | **CLAIM OF FARRELL KELLENER** |
| $325,425.11 IN BANK ACCOUNT | ) | |
| FUNDS, | ) | |
| | ) | [NOTICE OF LODGING LODGED |
| | ) | CONCURRENTLY HEREWITH] |
| Defendant. | ) | |
| | ) | |
| MICHELLE BRAUN and FARRELL | ) | |
| KELLENER, | ) | |
| | ) | |
| Claimants. | ) | |

//

                                              FDK:ka

On April 9, 2008, plaintiff United States of America ("plaintiff" or the "government") filed a First Amended Complaint for Forfeiture against the defendant properties as follows: $19,385.32 in bank account funds; $26,609.03 in bank account funds; $18,000.00 in bank account funds; $205,385.61 in bank account funds; and all funds in an ING Investment Account (said ING Investment Account remained open after seizure and had $56,045.15 in bank account funds on November 17, 2007) (collectively the "defendant funds"). The government alleged that the defendant funds were subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

Claimants Michelle Braun ("claimant Braun") and Farrell Kellener ("claimant Kellener") filed verified claims on May 14, 2008. No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The government and claimant Kellener have agreed to settle this forfeiture action and to avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimant Kellener,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.  The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3.  Notice of this action has been given as required by law. Claimant Braun and claimant Kellener filed the only statement of

FDK:ka

1   interests or claims.  Claimant Kellener is relieved of his duty to

2   file an answer in this action.  The Court deems that all other

3   potential claimants who have not filed a claim admit the

4   allegations of the Complaint for Forfeiture to be true.

5       4.   Claimant Kellener agrees to forfeiture as set out below.

6   A judgment of forfeiture is hereby entered in favor of the United

7   States, which shall dispose of the following defendant funds in

8   accordance with the law:  the defendant funds plus all accrued

9   interest are hereby forfeited to the United States of America, and

10   no other right, title, or interest shall exist therein.

11       5.   Claimant Kellener will execute further documents, to the

12   extent necessary, to convey clear title to the defendant funds

13   and to further implement the terms of this Consent Judgment.

14       6.   Claimant Kellener waives the redacting and sealing

15   requirements of L.R. 79-5.4.

16       7.   Claimant Kellener hereby releases the United States of

17   America, its agencies, officers, and employees, including

18   employees of the Federal Bureau of Investigation, and local law

19   enforcement agencies, their agents, officers, and employees, from

20   any and all claims, actions, or liabilities arising out of or

21   related to this action, including, without limitation, any claim

22   for attorneys' fees, costs, or interest on behalf of claimants,

23   whether pursuant to 28 U.S.C. § 2465 or otherwise.

24       8.   The Court finds that there was reasonable cause for the

25   institution of these proceedings against the defendant funds.

26   This judgment shall be construed as a certificate of reasonable

27   cause pursuant to 28 U.S.C. § 2465.

28       10.  The Court further finds that claimant Kellener did not

-3-                                    FDK:ka

1   substantially prevail in this action, and the parties shall bear

2   their own attorneys' fees and other costs of litigation.

3       11.   This Consent Judgment does not affect any interest in

4   the defendant funds claimed by Michelle Braun.

5   DATED: January 25, 2010

6

7                               THE HONORABLE CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22   //

23   //

24   //

25   //

26   //

27   //

28

                                -4-                          FDK:ka

1

<u>CONSENT</u>

2     The government and claimant Kellener consent to judgment and

3  waive any right to appeal.

4  DATED: January ____, 2010          GEORGE CARDONA
                                       Acting United States Attorney
5                                      CHRISTINE C. EWELL
                                       Assistant United States Attorney
6                                      Chief, Criminal Division
                                       STEVEN R. WELK
7                                      Assistant United States Attorney
                                       Chief, Asset Forfeiture Section
8

9                                      _____
                                       FRANK D. KORTUM
10                                     Assistant United States Attorney

11                                     Attorneys for Plaintiff
                                       United States of America
12

13
   DATED:   January ____, 2010
14

15                                     _____
                                       MARC S. NURIK
16

17                                     Attorney for Claimant Farrell
                                       Kellener
18

19

20

21

22

23

24

25

26

27

28

                                     -5-                          FDK:ka